No. 96–8668. HART v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. ■■■■■■■■■■■■■■■■

No. 96–8673. MARSHALL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. ■■■■■■■■■■

No. 96–8675. MOFFITT v. CITY OF CHARLOTTE ET AL. C. A. 4th Cir. Certiorari denied. ■■■■■■■■■■■■■■

No. 96–8677. BURNETT v. CHIPPEWA COUNTY SHERIFF'S DEPARTMENT. Ct. App. Mich. Certiorari denied.

No. 96–8678. BASEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied. ■■■■■■■■■■■■■■■■

No. 96–8680. CHALET v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8681. BERGNE v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 96–8682. HUERTA v. COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–8696. TEBBETTS v. WHITSON ET AL. C. A. 10th Cir. Certiorari denied. ■■■■■■■■■■■■■■

No. 96–8698. WOOLLEY v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8699. OBERUCH v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8700. ARTEAGA v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.

No. 96–8723. McCOY v. INDIANA. Ct. App. Ind. Certiorari denied. ■■■■■■■■■■■■

No. 96–8740. WALKER v. WHITE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.